STATE of Missouri, Respondent,

v.

Jack R. LOOS, Appellant.

No. WD 36498.

Missouri Court of Appeals,
Western District.

Sept. 10, 1985.

Hines & Magee, L.R. Magee, Kansas City, for appellant.

William L. Webster, Atty. Gen., Thomas Carter, II, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, C.J., and KENNEDY and DIXON, JJ.

PER CURIAM:

Appeal from a jury trial conviction of burglary in the second degree, § 569.170 RSMo (1978), and sentence to a 90-day term of imprisonment.

Judgment affirmed. Rule 30.25(b).